# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of )
(*Briefly describe the property to be searched or identify the person by name and address*) )
)
OfferUp Inc. )   Case No. **23mj3410-SBC**
1745 114th Avenue SE )
Bellevue, Washington )
Host of account with user ID 29518932 )   ~~NOT FOR PUBLIC VIEW~~
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the  Western  District of  Washington
(*identify the person or describe the property to be searched and give its location*):

See Attachment A, incorporated herein by reference.

The person or property to be searched, described above, is believed to conceal (*identify the person or describe the property to be seized*):

See Attachment B, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before  October 2, 2023
                                                                                                           *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge  Steve B. Chu                                                                                      .
                                                  *(name)*

☐ The electronic communication service provider to whom this warrant is directed shall not notify any other person of the existence of this warrant until _____, absent further order of the Court, as the Court finds reason to believe that such notification will result in an adverse consequence as provided in 18 U.S.C. § 2705(b).

Date and time issued:   **9:44 PM, Sep 18, 2023**
                                        September 18, 2023                                                         _____
                                                                                                                                                *Judge's signature*

City and state:         San Diego, California                                                  Hon. Steve B. Chu, United States Magistrate Judge
                                                                                                                                    *Printed name and title*

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| **23mj3410-SBC** | 9/19/2023 5:35pm | Warrant served through email |

Inventory made in the presence of :
Not applicable e-filed

Inventory of the property taken and name of any person(s) seized:
Not applicable, e-filed

*SBC*

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/18/2023

*Gabrielle Buda*
*Executing Officer's Signature*

Gabrielle Buda, Special Agent
*Printed name and title*

Print Form

## Attachment A

The OfferUp account data is currently in the possession of OfferUp Inc. and is stored at the OfferUp Inc. location at 1745 114th Ave SE in Bellevue, Washington.

The Target OfferUp account is identified as follows:

OfferUp User ID: 29518932
Account Name: Mike Hart
Email: mikehart858664@gmail.com

12

*Affidavit in Support of Search Warrant*

# Attachment B

**I.** Service of Warrant

The officer executing the warrant shall permit OfferUp, Inc., as custodian of the electronic files described in Section II below, to locate the files and copy them onto removable electronic storage media and deliver the same to the officer.

**II.** Items to be provided by OfferUp Inc.

All subscriber and/or user information and content, all electronic mail, images, text messages, histories, phone and VoIP logs, contacts or friend lists, profiles, method of payment, detailed billing records, access logs, backup data, transactional data, and any other files or records associated with the following **Target Account** and screen name:

OfferUp User ID: 29518932
Account Name: Mike Hart
Email: mikehart858664@gmail.com.

**III.** The search of the data supplied by OfferUp Inc. pursuant to this warrant will be conducted by the U.S. Environmental Protection Agency as provided in the "Procedures For Electronically Stored Information" of the affidavit submitted in support of this search warrant and will be limited to the period of July 1, 2022, up to December 31, 2022, and to the seizure of communications, records, data and attachments:

  a. tending to indicate efforts to import and sell and use regulated HFCs and other regulated refrigerants;

    b.    tending to indicate contact with individuals regarding the location(s) at which the regulated HFCs and other regulated refrigerants are being used or sold;

    c.    tending to identify sale quantities and prices of HFCs and other regulated refrigerants;

    d.    tending to identify co-conspirators, criminal associates, or others involved in importation and/or sale of regulated HFCs and other regulated refrigerants;

    e.    tending to identify travel to or presence at locations involved in the importation and/or sale of regulated HFCs and other regulated refrigerants;

    f.    tending to identify proceeds associated with the importation and/or sale of regulated HFCs and other regulated refrigerants in the United States;

    g.    images of HFCs and other regulated refrigerants;

    h.    tending to identify the user of, or persons with control over or access to, the **Target Account**; and

    i.    tending to place in context, identify the creator or recipient of, or establish the time of creation or receipt of communications, records, or data involved in the activities described above;

which are evidence of violations of 18 U.S.C. §371 (conspiracy), §545 (importation contrary to law) and 42 U.S.C. §7671a, §7671c, §7675(c)(1) and §7413(c)(1) and 40 CFR §84.5.

14

*Affidavit in Support of Search Warrant*